```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE W. MATHIAS,              :    CIVIL ACTION
                                :    NO. 16-1846
         Plaintiff,             :
                                :
     v.                         :
                                :
CATERPILLAR, INC., et al.,      :
                                :
         Defendants.            :
```

**O R D E R**

**AND NOW**, this **29th** day of **August, 2016,** upon consideration of Defendants' Motion to Transfer (ECF No. 6)[1] and Plaintiff's response in opposition thereto (ECF No. 7), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Transfer is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1404(a), this case shall be **TRANSFERRED** to the Central District of Illinois forthwith.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court did not consider and need not decide the Motion to Dismiss that was also included in this filing.